1  Sharon R. Vinick (SBN 129914)
   Darci E. Burrell (SBN 180467)
2  LEVY VINICK BURRELL HYAMS LLP
   180 Grand Avenue, Suite 1300
3  Oakland, California 94612
   Direct:  510-318-7702
4  Main:  510-318-7700
   Fax:  510-318-7701
5  sharon@levyvinick.com

6  Linda D. Friedman (*pro hac vice forthcoming*)
   Suzanne E. Bish (*pro hac vice forthcoming*)
7  Jennifer S. Gilbert (admitted *pro hac vice*)
   STOWELL & FRIEDMAN, LTD.
8  303 W. Madison St., Suite 2600
   Chicago, Illinois 60606
9  Phone:  312-431-0888
   Fax:  312-431-0228
10 Lfriedman@sfltd.com

11 *Attorneys for Plaintiff*

12 [*additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHY FRAZIER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, AND MORGAN STANLEY, <br><br> Defendants. | CASE NO. 3:15-CV-04512-PJH <br><br> **STIPULATION FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT; DEFENDANTS' TIME TO RESPOND** <br><br> [CIVIL L.R. 6-1(a)] |

DARYL S. LANDY (State Bar No. 136288)
dlandy@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Blvd., Suite 1800
Costa Mesa, CA  92626-7653
Tel:  714.830.0600
Fax:  714.830.0700

MARK S. DICHTER, *admitted Pro Hac Vice*
mdichter@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:  215.963.5000
Fax:  215.963.5001

BLAIR ROBINSON, *admitted Pro Hac Vice*
blair.robinson@morganlewis.com
ANDREW SCHAFFRAN, *admitted Pro Hac Vice*
aschaffran@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001

*Attorneys for Defendants*
*Morgan Stanley & Co. LLC,*
*Morgan Stanley Smith Barney LLC, and*
*Morgan Stanley*

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

WHEREAS Plaintiff Kathy Frazier filed her Complaint on September 30, 2015 (Docket No. 1);

WHEREAS on October 2, 2015, Plaintiff filed an Amended Complaint (Docket No. 4);

WHEREAS Defendants' current deadline to respond to Plaintiff's Amended Complaint is December 18, 2015;

WHEREAS Plaintiff seeks to file of a Second Amended Complaint for the limited purpose of adding claims for relief under Title VII of the Civil Rights Act of 1964.

WHEREAS this stipulation will not alter the date of any event or any deadline already fixed by Court order.

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL HEREBY STIPULATE and agree pursuant to Civil Local Rule 6-1(a) that:

(1) Plaintiff may file a Second Amended Complaint for the limited purpose of adding claims for relief under Title VII of the Civil Rights Act of 1964;

(2) Defendants are not required to respond to Plaintiff's Amended Complaint by the current deadline of December 18, 2015;

(3) The deadline for Defendants to respond to Plaintiff's Second Amended Complaint shall be sixty (60) days from the date Plaintiff files her Second Amended Complaint.

Dated: December 18, 2015                    LEVY VINICK BURR HYAMS LLP

                                            By: /s/ *Sharon Vinick*
                                              Sharon Vinick
                                              Attorneys for Plaintiff

Dated: December 18, 2015                    MORGAN, LEWIS & BOCKIUS LLP

                                            By: /s/ *Daryl S. Landy*
                                              Daryl S. Landy
                                              Attorneys for Defendants

IT IS SO ORDERED.

December 21, 2015
 Date                                       _____
                                            Phyllis J. Hamilton
                                            United States District Judge