1  Sharon R. Vinick (SBN 129914)
   Darci E. Burrell (SBN 180467)
2  LEVY VINICK BURRELL HYAMS LLP
   180 Grand Avenue, Suite 1300
3  Oakland, California 94612
   Direct: 510-318-7702
4  Main: 510-318-7700
   Fax: 510-318-7701
5  sharon@levyvinick.com

6  Linda D. Friedman (*pro hac vice* forthcoming)
   Suzanne E. Bish (*pro hac vice* forthcoming)
7  Jennifer S. Gilbert (admitted *pro hac vice*)
   STOWELL & FRIEDMAN, LTD.
8  303 W. Madison St., Suite 2600
   Chicago, Illinois 60606
9  Phone: 312-431-0888
   Fax: 312-431-0228
10 Lfriedman@sfltd.com

11 *Attorneys for Plaintiff*

12 [*additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHY FRAZIER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY LLC, AND MORGAN STANLEY,<br><br>Defendants. | CASE NO. 3:15-CV-04512-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[CIVIL L.R. 6-1, 6-2] |

| | |
|---|---|
| 1 | DARYL S. LANDY (State Bar No. 136288) |
| | dlandy@morganlewis.com |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | 600 Anton Blvd., Suite 1800 |
| 3 | Costa Mesa, CA  92626-7653 |
| | Tel:  714.830.0600 |
| 4 | Fax:  714.830.0700 |
| 5 | |
| | MARK S. DICHTER, *admitted Pro Hac Vice* |
| 6 | mdichter@morganlewis.com |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | 1701 Market Street |
| | Philadelphia, PA  19103 |
| 8 | Tel:  215.963.5000 |
| | Fax:  215.963.5001 |
| 9 | |
| | BLAIR ROBINSON, *pro hac vice pending* (in Case No. 3:15-cv-04512) |
| 10 | blair.robinson@morganlewis.com |
| | ANDREW SCHAFFRAN, *pro hac vice pending* (in Case No. 3:15-cv-04512) |
| 11 | aschaffran@morganlewis.com |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 12 | 101 Park Avenue |
| | New York, NY 10178 |
| 13 | Tel: 212.309.6000 |
| | Fax: 212.309.6001 |
| 14 | |
| | *Attorneys for Defendants* |
| 15 | *Morgan Stanley & Co. LLC,* |
| | *Morgan Stanley Smith Barney LLC, and* |
| 16 | *Morgan Stanley* |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Kathy Frazier ("Plaintiff") and Defendants Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney LLC, and Morgan Stanley ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, stipulate to continue the Case Management Conference currently scheduled for January 7, 2016, to a date that is mutually convenient for the Court after Defendants' have responded to the Second Amended Complaint.

WHEREAS, on October 16, 2015, the Court set the Case Management Conference for January 7, 2016 (Dkt. No. 8);

WHEREAS pursuant the Parties' concurrently-filed stipulation, Defendants have consented to Plaintiff filing a Second Amended Complaint for the limited purpose of adding claims for relief under Title VII of the Civil Rights Act of 1964;

WHEREAS the Parties have stipulated that Defendants will have sixty (60) days after filing to respond to the Second Amended Complaint;

WHEREAS the Parties believe that it would be beneficial to postpone the initial Case Management Conference until after Defendants have responded to the Second Amended Complaint

WHEREAS Plaintiff believes it would be particularly beneficial to postpone the initial Case Management Conference in light of the pending motion to transfer to avoid burden to the Court in the event it is granted;

THEREFORE, IT IS STIPULATED by the Parties and respectfully requested that the Case Management Conference currently scheduled for January 7, 2016, be continued to a date that is convenient for the Court after Defendants have responded to the Second Amended Complaint.  Pursuant to Civil Local Rule 16-9 and this Court's Standing Orders, the Parties will submit a joint case management conference statement seven (7) court days prior to the newly-scheduled conference.

IT IS SO STIPULATED.

1
2  Dated: December 21, 2015                    LEVY VINICK BURRELL HYAMS LLP
3                                              By: /s/ *Sharon Vinick*
4                                                  Sharon R. Vinick
                                                   Attorneys for Plaintiff
5
6
7  Dated: December 21, 2015                    MORGAN, LEWIS & BOCKIUS LLP
8                                              By: /s/ *Daryl S. Landy*
                                                   Daryl S. Landy
9                                                  Attorneys for Defendants
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Sharon R. Vinick, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 21, 2015                           LEVY VINICK BURRELL HYAMS LLP

                                                    BY:   /s/ Sharon R. Vinick
                                                          Sharon R. Vinick
                                                          Attorneys for Plaintiff

1 **[PROPOSED] ORDER**

2   PURSUANT TO STIPULATION, the Order setting the Case Management Conference for
3 January 7, 2016 is hereby vacated. The Court will set a new Case Management Conference for a
4 date after Defendants have responded to the Second Amended Complaint.
5 IT IS SO ORDERED.

6
7 DATED: December 30, 2015                    _____
                                              Hon. Phyllis J. Hamilton
8                                             United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*